No. 82. ILLINOIS SURETY COMPANY, APPELLANT, *v.* FRANK MILLER ET AL. Appeal from the District Court of the United States for the Eastern District of New York. Argued for appellees and submitted for appellant November 9, 1916. Decided November 13, 1916. *Per Curiam.* Dismissed for want of jurisdiction, with five per cent damages, upon the authority of *Aspen Mining & Smelting Co.* v. *Billings*, 150 U. S. 331; *Brown* v. *Alton Water Co.*, 222 U. S. 325; *Metropolitan Water Co.* v. *Kaw Valley District*, 223 U. S. 519; *Union Trust Co.* v. *Westhus*, 228 U. S. 379; *Shapiro* v. *United States*, 235 U. S. 412. *Mr. L. Laflin Kellogg* and *Mr. Nelson L. Keach* for the appellant. *Mr. H. W. Goodrich, Mr. Arthur M. Allen, Mr. George R. Coughlan, Mr. George W. Bristol, Mr. Henry E. Mattison* and *Mr. Frederick P. King* for the appellees.